**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFF JANICKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10-cv-228 |
| vs. | ) | |
| | ) | Judge Darrah |
| NELSON, WATSON & | ) | |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice and without costs, and respectfully requests that the Court enter an order to that effect.

Respectfully submitted,

s/Michelle R. Teggelaar

Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

mteggelaar@edcombs.com

1

## **CERTIFICATE OF SERVICE**

I, Michelle R. Teggelaar, hereby certify that on March 29, 2010, a copy of the foregoing document was filed electronically using the Court's CM/ECF system which served notice on the following individual:

David M. Schultz (dschultz@hinshawlaw.com)


Furthermore, I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Jeffrey C. Turner
Jennifer A. Kirby
SURDYK, DOWD & TURNER CO., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, OH 45342


　　　　　　　　　　　　　　　　　　　　　　　　s/Michelle R. Teggelaar